UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

STONE

        Plaintiff,

-v-                                      ORDER OF DISMISSAL
                                                                         CV-06-525(TCP)

PHH CORPORATION

        Defendant.

--------------------------------------------------------X

      IT IS HEREBY ORDERED, having been advised by the parties on September 15, 2006 that the above case has settled, the case is dismissed. A stipulation of settlement should be forwarded to the Court as promptly as possible.

      IT IS FURTHER ORDERED should the settlement not be consummated the Court will reopen the case upon receipt of letter from counsel so requesting.

      The Clerk of the Court is directed to mark this case closed.

                                                                                    /s/
                                                                      Thomas C. Platt
                                                                      U.S. District Judge

Dated: Central Islip, NY
          November 9, 2006